NO. SCPW-10-0000248

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL C. TIERNEY, Petitioner,

vs.

LINDA MOGA RIVERA, Inmate Grievance Specialist,
Halawa Correctional Facility, Respondent.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and
Circuit Judge Kim, assigned by reason of vacancy)

Upon consideration of the motion for reconsideration of the January 10, 2011 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, January 27, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Glenn J. Kim

